IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01903-REB-MJW**

LINDA A. TIMMERMAN,

Plaintiff(s),

v.

U.S. BANCORP, a Delaware corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Motion for Leave to Amend Answer to Assert Counterclaims (docket no. 25) is GRANTED.  The Amended Answer that asserts counterclaims is accepted for filing today.

    Fed. R. Civ. P. 13(f) permits a defendant to amend its answer to assert a counterclaim with leave of court when "justice so requires."  Moreover, it is within the sound discretion of the court to allow such an amendment.  <u>Budd Co. v. Travelers Indemnity Co.</u>, 820 F.2d 787, 791 (6th Cir. 1987).  In this case, justice requires this court to allow the proposed amendment to the Answer to assert counterclaims against Plaintiff based upon the proffered evidence as outlined in this motion that supports such counterclaims.  Furthermore, there is no prejudice to the Plaintiff since the trial on the merits is not set until July 17, 2006.

Date:  June 30, 2005