**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-CV-01903-REB-MJW

LINDA A. TIMMERMAN,

    Plaintiff,

v.

U.S. BANCORP, a Delaware corporation,

    Defendant.

**ORDER ON OBJECTIONS TO ORDER
OF THE UNITED STATES MAGISTRATE JUDGE
AND MOTION FOR PROTECTIVE ORDER**

**Blackburn, J.**

The matters before me are (1) Plaintiffs' Objection to Minute Order by Magistrate Judge Granting Defendant's Motion for Rule 35(a) Mental Examination of Plaintiff and to Compel Production of Plaintiff's Medical Records [#43], filed July 18, 2005; and (2) Plaintiff's Motion For Entry of Protective Order Pending Ruling on Plaintiff's Objection to Minute Order by Magistrate Judge [#45], filed July 21, 2005. I overrule plaintiff's objections and deny the motion for protective order as moot.

Plaintiff's objections pertain to non-dispositive matters that have been referred to the Magistrate Judge for resolution. Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the Magistrate Judge's order, the apposite motion and response, and their attendant evidentiary exhibits, I

conclude that the Magistrate Judge's order is not clearly erroneous or contrary to law. Although plaintiff is correct that the bare allegations of her complaint, cited in the Magistrate Judge's order, do not themselves support the conclusion that she has put her mental condition in controversy, plaintiff's various discovery responses and deposition testimony support the Magistrate Judge's ultimate conclusion. In particular, I will not allow plaintiff, by refusing to seek medical treatment for allegedly severe, ongoing emotional distress, to force defendant, or a jury, to accept her mere *ipse dixit* regarding her mental condition.

**THEREFORE, IT IS ORDERED** as follows:

(1) That Plaintiffs' Objection to Minute Order by Magistrate Judge Granting Defendant's Motion for Rule 35(a) Mental Examination of Plaintiff and to Compel Production of Plaintiff's Medical Records [#43], filed July 18, 2005, is **OVERRULED** and **DENIED**; and

(2) That Plaintiff's Motion For Entry of Protective Order Pending Ruling on Plaintiff's Objection to Minute Order by Magistrate Judge [#45], filed July 21, 2005, is **DENIED AS MOOT**.

Dated July 22, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge