IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01903-REB-MJW

LINDA A. TIMMERMAN,

Plaintiff(s),

v.

U.S. BANCORP, a Delaware corporation,

Defendant(s).

## ORDER ON ATTORNEY FEES

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court for consideration of attorney fees and costs based upon this court's order (docket no. 62) dated August 12, 2005, concerning Defendant's Motion for Sanctions for Plaintiff's Refusal to Comply with July 1st Order (docket no. 46). The court has reviewed the Affidavit of Christine K. Lamb Regarding Attorney Fees (docket no. 69) and the Plaintiff's Response to Defendant's Submission for Attorneys Fees (docket no. 74). In addition, the court has taken judicial notice of the court's file and has considered applicable case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

The court finds that six (6) hours of attorney time at $200.00 per hour is a fair and reasonable rate and time for the Defendant to prepare and argue its Motion for Sanctions for Plaintiff's Refusal to Comply with July 1st Order (docket no. 46), based upon those factors as outlined in Ramos v. Lamn, 713 F.2d 546 (10th Cir. 1983), and Blum v. Stenson, 465 U.S. 886, 895-96 (1984).

2

Accordingly, based upon these findings of fact and conclusions of law, this court **ORDERS** that Plaintiff shall pay as a sanction, per this court's order (docket no. 62), the sum of $1,200.00 to the Defendant for attorney fees on or before September 30, 2005.

Done this 8th September 2005.

BY THE COURT

s/Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge