IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01903-REB-MJW

LINDA A. TIMMERMAN,

Plaintiff(s),

v.

U.S. BANCORP, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery (docket no. 76) is DENIED. Here, the court finds that the personnel files that Plaintiff is requesting in this motion do not involve similarly situated employees, namely, employees who performed fee reversals. This case is not a failure to hire or promote case. Instead, this case is about whether Defendant U.S. Bank discriminated against Plaintiff by terminating her from her branch manager position for violating the employee fee reversal policy. See Amended Complaint at paragraphs 46 and 57. Moreover, the remainder of this motion seeks discovery that is overbroad and irrelevant and will not lead to admissible evidence at trial.

Date: November 23, 2005