IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01903-REB-MJW

LINDA A. TIMMERMAN,

Plaintiff(s),

v.

U.S. BANCORP, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant U.S. Bank's Motion for Costs and Attorneys' Fees (docket no. 78) is **GRANTED.** The Plaintiff shall pay to the Defendant **on or before December 30, 2005**, the sum of $1,860.00 for reasonable and necessary attorney fees plus $426.00 for reasonable and necessary costs for a total amount of $2,286.00.

This court had previously ordered the Plaintiff to pay reasonable and necessary attorney fees and costs for the Defendant having to prosecute and file the Defendant's Motion for Sanctions for Plaintiff's Refusal to Comply with July 1st Order (docket nos. 46 and 62). After careful consideration of the subject motion and response thereto and taking judicial notice of the court's file, as well as considering those factors as outlined in Hensley v. Eckerhart, 461 U.S. 424, 433 (1983), this court finds, by clear and convincing evidence, that a reasonable hourly legal fee for Defendant's counsel, Thomas D. Leland, with his level of education, training, skill, and experience is $200.00 per hour. This court further finds that 9.3 hours spent by Mr. Leland for the above sanctions motions was reasonable and necessary under the circumstances of this case. In addition, the court finds that costs in the amount of $426.00 was also reasonable and necessary for having to bring and prosecute the above sanctions motion.

Date: December 14, 2005