**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1903-REB-MJW

LINDA A. TIMMERMAN,

     Plaintiff,

v.

U.S BANCORP, a Delaware corporation,

     Defendant.

MINUTE ORDER[1]

     Plaintiff's Motion to Deny, or, in the Alternative, to Strike U.S. Bank's Motion for Summary Judgment for Failure to Comply with This Court's Practice Standards Regarding Dispositive Motions [#89], filed January 9, 2006, is DENIED. The defendant's motion includes all the information contemplated by the court's Civil Practice Standards.

Dated: January 9, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.