IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01903-REB-MJW

Linda A. Timmerman,

     Plaintiff,

v.

US Bancorp, a Delaware corporation,

Defendant.

_____

**AMENDED** ORDER GRANTING PLAINTIFF'S SECOND
UNOPPOSED MOTION FOR EXTENSION OF TIME

_____


     THIS MATTER is before the Court pursuant to Plaintiff's Second <u>Unopposed</u>

Motion for Extension of Time to Respond to Defendant's Motion to Disqualify

Timmerman's Counsel and to Strike Improperly Obtained Evidence.  The Court has

reviewed the aforementioned motion and being fully advised in the premises, hereby

finds that good cause has been shown for a second extension of time, and hereby

GRANTS Plaintiff's motion.

     PLAINTIFF shall have through and including **March 6, 2006**, in which to file a

response to the Defendant's Motion to Disqualify Timmerman's Counsel and to Strike

134279

Improperly Obtained Evidence.

SO ORDERED this  21st Day of February, 2006.

BY THE COURT:

S/Michael J. Watanabe

MICHAEL J. WATANABE

US MAGISTRATE JUDGE