**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 04-cv-1903-REB-MJW

LINDA A. TIMMERMAN,

      Plaintiff,

v.

U.S BANCORP, a Delaware corporation,

      Defendant.

---

MINUTE ORDER[1]

---

      Plaintiff's Response to U.S. Bank's Motion to Disqualify Timmerman's Counsel and to Strike Improperly Obtained Evidence [#131], filed March 6, 2006, is STRICKEN for failure to comply with this court's practice standard REB Civ. Practice Standard V.B.1. Plaintiff shall have up to and including **March 13, 2006**, in which to re-file this response in compliance this practice standard.

Dated:  March 7, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.